IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

      Plaintiff,                  No. CIV S-06-1335 MCE GGH P

      vs.

LAURA WEST, et al.,

      Defendants.         ORDER

_____/

      On July 28, 2006, the court dismissed plaintiff's complaint with leave to amend. On August 4, 2006, plaintiff filed a request for this action to be dismissed because of his inability to pay the filing fee. Plaintiff is informed that he will be obligated to pay the filing fee even if this action is dismissed.

      Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days to file either an amended complaint or a renewed request to voluntarily dismiss this action.

DATED: 8/16/06

                              /s/ Gregory G. Hollows

                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

ul1335.ifp