IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

        Plaintiff,                    No. CIV S-06-1335 MCE GGH P

    vs.

LAURA WEST, et al.,

        Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action. For the following reasons, the court recommends that this action be dismissed.

        On July 28, 2006, the court dismissed plaintiff's complaint with leave to amend. On August 4, 2006, plaintiff filed a request for this action to be dismissed because of his inability to pay the filing fee. On August 16, 2006, the court issued an order informing plaintiff that he would be obligated to pay the filing fee even if this action were dismissed. The court granted plaintiff thirty days to file either an amended complaint or a renewed request to voluntarily dismiss this action.

        On August 28, 2006, plaintiff filed a letter with the court stating that he was unable to pay the filing fee. Plaintiff requests that the court "cancel" the order requiring him to pay the fee. As discussed above, the court cannot "cancel" the order requiring him to pay the fee.

Plaintiff did not file an amended complaint.  Nor did plaintiff file a request to voluntarily dismiss this action.  Accordingly, the court will recommend that this action be dismissed based on plaintiff's failure to comply with the August 16, 2006, order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: 11/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ul1335.dis