IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

            Plaintiff,                 No. CIV S-06-1335 MCE GGH P

    vs.

LAURA WEST, et al.,

            Defendants.         <u>ORDER</u>

_____/

           On March 8, 2007, this action was dismissed and judgment entered.  On October 31, 2007, plaintiff filed a letter with the court requesting information regarding why he is still being charged for the filing fee when the case was "dropped."  The November 20, 2006, findings and recommendations explain plaintiff's obligation regarding the filing fee.

           IT IS SO ORDERED.

DATED:   11/28/07                   /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE

ul1335.ord

1