IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

        Plaintiff,                  No. CIV S-06-1335 MCE GGH P

    vs.

LAURA WEST, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On December 29, 2008, plaintiff filed a request for this case to be reviewed regarding plaintiff's inability to pay the filing fee. This civil rights action was closed on March 8, 2007. Plaintiff's request does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, the December 29, 2008 request for review (Docket No. 18) will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: January 8, 2009

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
ulre1335.58ggh