IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

      Plaintiff,                      No. CIV S-06-1335 MCE GGH P

    vs.

LAURA WEST, et al.,

      Defendants.               <u>ORDER</u>

_____/

        On April 12, 2010, plaintiff filed a motion for appointment of counsel. This civil rights action was closed on March 8, 2007. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: May 12, 2010

                                  /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
ulre1335.58ggh(2)